```
           UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS
```

STEVEN BARAN,
          Plaintiff,

   v.                             CIVIL ACTION NO.
                                      23-12144-LTS

DODGE COUNTY DETENTION FACILITY,
          Defendants.

<u>ORDER OF TRANSFER</u>

SOROKIN, D.J.

    Plaintiff Steven Baran, a prisoner at Columbia Correctional Institution located in Portage, Wisconsin, initiated this action by a letter, seeking among other things injunctive relief from this Court for the Dodge County Correctional Facility, also in Wisconsin, to preserve purported video. The Court sees no connection with any of the parties or claims to this district.

    Accordingly, the action is hereby <u>TRANSFERRED</u> to the United States District Court for the Eastern District of Wisconsin for improper venue pursuant to 28 U.S.C. §1406(a) (requiring dismissal or, if in the interest of justice, transfer of an action for improper venue to a district where venue is proper). Venue in the District of Massachusetts is improper because the identified defendants and claims against them have no apparent connection to the District of Massachusetts. <u>See</u> 28 U.S.C. §1391(b). For the same reasons, where the only identified defendant resides in the Eastern District of Wisconsin and, more importantly, all of the alleged acts and omissions as to the identified defendants occurred

there, it appears that venue may be proper in the Eastern District of Wisconsin. Id.

**SO ORDERED.**

DATE: September 22, 2023

/s/ Leo T. Sorokin
UNITED STATES DISTRICT JUDGE